AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| LUCAS BOLAÑO, an individual; and<br>JULIO DROVE PAMART, an individual<br><br>*Plaintiff(s)*<br>v.<br>ELIZABETH WOOLRIDGE GRANT, an individual;<br>UNIVERSAL MUSIC GROUP, INC., a Delaware<br>corporation; UMG RECORDINGS, INC., a Delaware<br>corporation, (See attachment #1)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 2:22-cv-04531-RAO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Elizabeth Woolridge Grant
c/o Robert S. Meloni, Esq.
Meloni & McCaffrey, APC
3 Columbus Circle, 15th Floor
New York, New York 10019

(continued on Attachment 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Kibler Fowler & Cave LLP
Matthew J. Cave
mcave@kfc.law
11100 Santa Monica Blvd., Suite 360
Los Angeles, California 90025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry K. Gray
*CLERK OF COURT*

Date: July 01, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-04531-RAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| 1 | KIBLER FOWLER & CAVE LLP |
| | Matthew J. Cave (SBN 280704) |
| 2 | mcave@kfc.law |
| | John D. Fowler (SBN 271827) |
| 3 | jfowler@kfc.law |
| | Kevin J. Cammiso (SBN 316540) |
| 4 | kcammiso@kfc.law |
| | 11100 Santa Monica Blvd., Suite 360 |
| 5 | Los Angeles, California 90025 |
| | Telephone:  (310) 409-0400 |
| 6 | Facsimile:   (310) 409-0401 |

*Attorneys for Plaintiffs Lucas Bolaño and Julio Drove Pamart*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUCAS BOLAÑO, an individual; and JULIO DROVE PAMART, an individual, | CASE NO. 2:22-cv-04531 |
| | **COMPLAINT FOR:** |
| Plaintiffs, | 1. **COPYRIGHT INFRINGEMENT (COUNT I);** |
| v. | 2. **COPYRIGHT INFRINGEMENT (COUNT II); and** |
| ELIZABETH WOOLRIDGE GRANT, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; UMG LATIN MUSIC, INC., a Delaware corporation; KYLE NEWMAN, an individual; SPENCER SUSSER, an individual; MORGAN SUSSER, an individual; TOVA DANN, an individual; KAREN FOSTER, an individual; and DOES 1-10, inclusive | 3. **CONTRIBUTORY COPYRIGHT INFRINGEMENT** |
| | DEMAND FOR JURY TRIAL |
| Defendants. | |

COMPLAINT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*LUCAS BOLAÑO, et al. v. ELIZABETH WOOLRIDGE GRANT, et al.*

ATTACHMENT #2 TO SUMMONS

**ADDITIONAL DEFENDANTS TO BE SERVED:**

Universal Music Group, Inc.
c/o CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203

Morgan Susser
address unknown

UMG Recordings, Inc.
c/o CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203

Tova Dann
address unknown

UMG Latin Music
c/o CT Corporation System
330 N. Brand Blvd., Ste 700
Glendale, CA 91203

Karen Foster
address unknown

Kyle Newman
address unknown

DOES 1 – 10
addresses unknown

Spencer Susser
address unknown