# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LUCAS BOLAÑO, an individual; and JULIO DROVE PAMART, an individual,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ELIZABETH WOOLRIDGE GRANT, an individual; UNIVERSAL MUSIC GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; UMG LATIN MUSIC, INC., a Delaware corporation; KYLE NEWMAN, an individual; SPENCER SUSSER, an individual; MORGAN SUSSER, an individual; TOVA DANN, an individual; KAREN FOSTER, an individual; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-04531-SVW (ksX)<br><br>~~PROPOSED~~ **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Stephen V. Wilson<br><br>Trial Date:　　　June 13, 2023 |

# ~~PROPOSED~~ ORDER

Having reviewed the parties' Stipulation of Dismissal With Prejudice, and for good cause showing, the Court hereby grant the stipulation and dismisses the case in its entirety with prejudice.

IT IS SO ORDERED.

Dated: June 21, 2023

Hon. Stephen V. Wilson
Judge, United States District Court

---

PROPOSED ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE